IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
ELDORADO DIVISION

UNITED STATES OF AMERICA                                                   RESPONDENT

v.          Criminal No. 1:11-cr-10024
            Civil No. 1:19-cv-01048

JETAVON E. SPIVEY                                                                MOVANT

**ORDER**

Before the Court is the Report and Recommendation filed March 18, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 36). Judge Bryant recommends that Movant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 31) be denied because it is untimely. Judge Bryant also recommends denying Movant an evidentiary hearing and a certificate of appealability.

Movant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court finds no clear error warranting a departure from the Report and Recommendation. Therefore, the Court adopts the Report and Recommendation (ECF No. 36) *in toto*. Accordingly, Movant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 31) is hereby **DENIED**. Further, the Court finds that an evidentiary hearing is not warranted in this matter and declines to issue a certificate of appealability.

**IT IS SO ORDERED**, this 7th day of April, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge