IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                  PLAINTIFF

v.                          Case No. 1:11-cr-10024

JETAVON E. SPIVEY                                                         DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United Stats Magistrate Judge for the Western District of Arkansas. ECF No. 48. Judge Bryant recommends that Defendant Jetavon E. Spivey's Motion to Reduce Sentence (ECF No. 43) be denied. Judge Bryant further recommends that, to any extent Defendant's motion could be considered one pursuant to 28 U.S.C. § 2255, no certificate of appealability be issued. Defendant has not filed an objection to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R *in toto*. Defendant's Motion to Reduce Sentence (ECF No. 43) is hereby **DENIED**. The Court declines to issue a Certificate of Appealability.

**IT IS SO ORDERED**, this 25th day of October, 2024.

                                                                 /s/ Susan O. Hickey
                                                                 Susan O. Hickey
                                                                 Chief United States District Judge